# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

| | |
|---|---|
| TASHA S. MANNING,<br>　　　　Plaintiff,<br><br>v.<br><br>HONORABLE NAPOLEON BAREFOOT,<br>*Columbus County District Court Judge,*<br>*State of North Carolina*,<br>　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:10-CV-114-D** |

**Decision by the Court:**

　　　IT IS ORDERED AND ADJUDGED that the court GRANTS plaintiff's motion to proceed in forma pauperis [D.E. 1], and the Clerk is DIRECTED to file the complaint. The court DISMISSES plaintiff's complaint as frivolous. See 28 U.S.C. § 1915(e)(2)(B)(I).

　　THE ABOVE JUDGMENT WAS ENTERED TODAY, **June 18, 2010**, AND A COPY TO:

Tasha S. Manning (Via USPS)


June 18, 2010　　　　　　　　　　　　　　　　DENNIS IAVARONE, Clerk
Date　　　　　　　　　　　　　　　　　　　　Eastern District of North Carolina
　　　　　　　　　　　　　　　　　　　　　　/s/ Debby Sawyer
　　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk

Raleigh, North Carolina